UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

John D. Rositzki,                                          Civil 10-3762 (RHK/FLN)

      Plaintiff,                                              **ORDER**

v.

Michael J. Astrue, Commissioner
of Social Security,

      Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 15, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 18) is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (Doc. No. 13) is **DENIED**;

3. Defendant's Motion for Summary Judgment (Doc. No. 16) is **GRANTED**; and

4. The Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 18, 2011

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge